UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Julio F Carrera                      Case No. 17-15199-AJC
    Graciela B Pena
        Debtor(s).                  Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all parties on the attached service list on May 15, 2017.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Julio F Carrera Graciela B Pena
240 NW 40th Avenue
Miami, FL 33126-5740

Certified Mail:

DiTech Financial LLC / DiTech Mortgage Group
c/o Anthony Renzi, CEO
1100 Virginia Dr, Suite 100A
Fort Washington, PA, 19034

DiTech Financial LLC / DiTech Mortgage Group
c/o Anthony Renzi, CEO
1400 LANDMARK TOWERS,
345 ST PETER STREET
SAINT PAUL, MN 55102

DiTech Financial LLC / DiTech Mortgage Group
c/o FRANCO, THOMAS J, President
7360 S KYRENE RD
TEMPE, AZ 85283

DiTech Financial LLC / DiTech Mortgage Group
C T CORPORATION SYSTEM
1200 S PINE ISLAND RD
PLANTATION, FL 33324

Home Loan Center, Inc dba LendingTree
c/o Doug Lebda, CEO
11115 Rushmore Drive
Charlotte, NC 28277-3442

| | |
|---|---|
| Discover Bank | Discover Financial Services |
| c/o David W. Nelms, CEO | c/o David W. Nelms, CEO |
| 502 E. Market Street | 2500 Lake Cook Road |
| Greenwood, Delaware 19950 | Riverwoods, IL 60015 |

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
 Robert Sanchez, Esq., FBN#0442161