**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                              Case No.: 17-15199-AJC
                                                    Chapter 13
    Julio F Carrera
    Graciela B Pena

    _____Debtor(s)_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

    *This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| 2 | U.S. Bank National Association Wells Fargo Bank, N.A. | $230,037.48 |

Basis for Objection and Recommended Disposition

On or about June 27, 2017, Creditor filed a secured proof of claim in the amount of $230,037.48 and an arrearage in the amount of $2,913.40. Said creditor will be paid directly to the creditor and outside the plan pursuant to the latest proposed plan. Debtor requests the claim be allowed as filed with no distribution from the Chapter 13 Trustee.

DATED:  July 24, 2017          Respectfully Submitted:
                                            Robert Sanchez, P.A.
                                            355 West 49th Street
                                            Hialeah, FL 33012
                                            Fl. Bar No. 0442161
                                            Telephone: (305) 687-8008
                                            E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)